UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:18-cv-00064-RBD-GJK

PROXICOM WIRELESS, LLC,

      Plaintiff,

vs.

MACY'S, INC. and
MACY'S FLORIDA STORES, LLC,

      Defendants.

_____/

**MOTION FOR PERMISSION FOR NEW YORK COUNSEL TO APPEAR, *PRO HAC VICE*, ON BEHALF OF DEFENDANTS, MACY'S, INC. AND MACY'S FLORIDA STORES, LLC**

In accordance with Local Rule 2.02, undersigned counsel for Defendants, Macy's, Inc. and Macy's Florida Stores, LLC ("Defendants"), respectfully moves for the admission *pro hac vice* of: 1) Anthony F. Lo Cicero; 2) Richard S. Mandaro; and 3) Benjamin Charkow (all attorneys in the law firm of Amster, Rothstein & Ebenstein LLP, 90 Park Avenue, New York, NY 10016, telephone 212-336-8000, having the following emails:    alocicero@arelaw.com; rmandaro@arelaw.com;  bcharkow@arelaw.com;  and  Macys-Proxicom@arelaw.com) as co-counsel on behalf of Defendants in the above-styled action, and would show as follows:

1.      Messrs. Lo Cicero, Mandaro, and Charkow are all members in good standing of the New York Bar and have been retained, along with undersigned counsel to represent Defendants in this action. Mr. Lo Cicero is a member in good standing of the United States District Courts in and for the Southern and Eastern Districts of New York. Mr. Mandaro is a member in good standing of the United States District Courts in and for the Southern, Eastern and Northern Districts of New York. Mr. Charkow is a member in good standing of the United States

CASE NO.: 6:18-cv-00064-RBD-GJK

District Court in and for the Southern District of New York. Neither Mr. Lo Cicero, Mr. Mandaro, nor Mr. Charkow has ever been the subject of any professional disciplinary proceeding.

2.      Pursuant to Local Rule 2.02(a), undersigned counsel, of the law firm of Stiphany Law, 80 S.W. 8th Street, Suite 3100, Miami, FL 33130, telephone 305-536-8882, represents that he is a member in good standing of The Florida Bar, the United States District Court in and for the Middle District of Florida, and is authorized to file through the Court's electronic filing system.  Undersigned counsel hereby consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures and who will be responsible for the progress of the case.

3.      In accordance with the Local Rules of this Court, Messrs. Lo Cicero, Mandaro, and Charkow each hereby certifies that he will comply with the fee and email registration requirements of Local Rule 2.01(d) and that, in connection with the filing of this motion, he has submitted, or within the next three (3) business days will submit a completed Special Admission Attorney Certification Form and check, in the amount of $150.00 Special Admission Fee to the Clerk of the Court.  Copies of the completed Special Admission Attorney Certification Forms are attached hereto as Composite Exhibit "A."

2

CASE NO.: 6:18-cv-00064-RBD-GJK

4.     Messrs. Lo Locicero, Mandaro, and Charkow, upon admission *pro hac vice*, will obtain a login and password to participate in the Middle District of Florida's Case Management/Electronic Case Filing System (CM/ECF).

**WHEREFORE**, Defendants respectfully request that the Court enter an Order permitting Anthony F. Lo Cicero, Richard S. Mandaro, and Benjamin Charkow to each appear *pro hac vice* as co-counsel on behalf of Defendants and directing the Clerk of the Court to provide notice of electronic filings to each of them.

Date: February 21, 2018                      Respectfully submitted,

STIPHANY LAW
Counsel for Defendants, Macy's, Inc. and
   Macy's Florida Stores, LLC
80 S.W. 8th Street, Suite 3100
Miami, FL  33130
Tel. (305) 536-8882
Fax. (305) 579-4722
Gary@StiphanyLaw.com


By: /s/ Gary T. Stiphany
        GARY T. STIPHANY
        Fla. Bar # 342513

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on February 21, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Gary T. Stiphany
Gary T. Stiphany
Florida Bar No.: 342513

3

# COMPOSITE EXHIBIT A

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

## SPECIAL ADMISSION
## ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order.  This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

PROXICOM WIRELESS, LLC

_____

Plaintiff(s)/Petitioner(s),

v.

MACY'S, INC. and                                     CASE NO. 6:18-CV-00064-RBD-GJK

MACY'S FLORIDA STORES, LLC

Defendant(s)/Respondent(s)

_____ /

I, ANTHONY F. LO CICERO _____ (pro hac vice counsel), hereby submit this attorney certification form

to the Court on behalf of  MACY'S, INC. AND MACY'S FLORIDA STORES, LLC _____ (p arty represented).

## ATTORNEY INFORMATION

Firm Name:  Amster, Rothstein & Ebenstein LLP

Address:  90 Park Avenue

City:  New York                          State:  NY              Zip :  10016        -

Firm/Business Phone:  212-336-8000      -          A lternate Phone:  212-336-8110  -

Firm/Business Fax:  212-336-8001        -

E-mail Address: Alocicero@ARElaw.com

## ATTORNEY CERTIFICATION

I certify that:

1.    To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States.  **NOTE:** If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2.    I am not a resident of the State of Florida.
3.    I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4.    Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____                    Feb 19, 2018
Signature                                           Date

Revised 01/01/15                                                        Page 1 of 2

## CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

## ATTORNEY SPECIAL ADMISSION FEE

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $150.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $150.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## SPECIAL ADMISSION
## ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order.  This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

PROXICOM WIRELESS, LLC

Plaintiff(s)/Petitioner(s),

v.

CASE NO. 6:18-CV-00064-RBD-GJK

MACY'S, INC. and

MACY'S FLORIDA STORES, LLC

Defendant(s)/Respondent(s)

_____ /

I, RICHARD S. MANDARO _____ (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of  MACY'S, INC. AND MACY'S FLORIDA STORES, LLC _____ (p arty represented).

## ATTORNEY INFORMATION

Firm Name: Amster, Rothstein & Ebenstein LLP

Address: 90 Park Avenue

City: New York            State: NY            Zip : 10016          -

Firm/Business Phone: 212-336-8000            A lternate Phone: 212-336-8106

Firm/Business Fax: 212-336-8001

E-mail Address: RMandaro@ARElaw.com

## ATTORNEY CERTIFICATION

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States.  **NOTE**: If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____            2/13/18
Signature                                            Date

## CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

## ATTORNEY SPECIAL ADMISSION FEE

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $150.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $150.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## SPECIAL ADMISSION
## ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

PROXICOM WIRELESS, LLC

_____ ,

Plaintiff(s)/Petitioner(s),

v.                                                             CASE NO. 6:18-CV-00064-RBD-GJK

MACY'S, INC. and

MACY'S FLORIDA STORES, LLC

Defendant(s)/Respondent(s)

_____ /

I, BENJAMIN CHARKOW _____ (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of MACY'S, INC. AND MACY'S FLORIDA STORES, LLC _____ (p arty represented).

## ATTORNEY INFORMATION

Firm Name: Amster, Rothstein & Ebenstein LLP

Address: 90 Park Avenue

City: New York          State: NY          Zip : 10016          -

Firm/Business Phone: 212-336-8000   -          A lternate Phone: 212-336-8093   -

Firm/Business Fax: 212-336-8001   -

E-mail Address: BCharkow@ARElaw.com

## ATTORNEY CERTIFICATION

I certify that:

1.    To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE**: If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2.    I am not a resident of the State of Florida.
3.    I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4.    Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____          13 Feb 18
Signature                                  Date

Revised 01/01/15                                          Page 1 of 2

## CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

## ATTORNEY SPECIAL ADMISSION FEE

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $150.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $150.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.