UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PROXICOM WIRELESS, LLC,

        Plaintiff,

v.

MACY'S, INC. AND MACY'S FLORIDA STORES, LLC,

        Defendants.

CASE NO.:  6:18-cv-00064-RBD-GJK

**DEFENDANTS' CONSENTED MOTION FOR A ONE WEEK EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

      Pursuant to Rule 6(b)(1), Federal Rules of Civil Procedure, Defendants Macy's, Inc. and Macy's Florida Stores, LLC (collectively, "Defendants"), respectfully request that the Court extend the deadline for Defendants to respond to Plaintiff's Motion to Compel from the current deadline of October 4, 2018 up to and including October 11, 2018.

      The parties have been conferring regarding Proxicom's Motion to Compel in an effort to narrow the issues raised in the motion.  The additional week will allow the parties time to determine if the issues presented to the Court can be narrowed to conserve judicial resources.  Counsel for the Plaintiff has agreed to the one week extension to respond to Plaintiff's Motion to Compel.

## CERTIFICATE OF COUNSEL

I HEREBY CERTIFY that counsel for the Parties have conferred with respect to the foregoing and that counsel for the Plaintiff has agreed to the one week extension to respond to Plaintiff's Motion to Compel.

Dated: October 2, 2018               Respectfully submitted,

*s/ Richard S. Mandaro*_____
Anthony F Lo Cicero (*Pro Hac Vice*)
Richard S Mandaro (*Pro Hac Vice*)
Benjamin Charkow (*Pro Hac Vice*)
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016
Telephone:  (212) 336-8000
Facsimile: (212) 336-8001
Email:  ALocicero@ARElaw.com
Email: RMandaro@ARElaw.com
Email:  BCharkow@ARElaw.com

Gary T. Stiphany
Florida Bar No.: 342513
STIPHANY LAW
80 S.W. 8th Street, Suite 3100
Miami, FL 33130
Telephone: (305) 536-8882 Fax.
Facsimile:  (305) 579-4722
Email:  Gary@StiphanyLaw.com

*Counsel For Defendants Macy's, Inc.
 And Macy's Florida Stores, LLC*