UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PROXICOM WIRELESS, LLC,**

    **Plaintiff,**

v.                                                                                        Case No:  6:18-cv-64-Orl-37GJK

**MACY'S, INC. and MACY'S FLORIDA STORES, LLC,**

    **Defendants.**

_____/

**ORDER AND NOTICE OF TELEPHONIC HEARING**

This case comes before the Court on Defendants' motion to compel James A. Proctor, Jr. ("Proctor") to be produced for a deposition (the "Motion"), filed on December 3, 2018. Doc. No. 68. On November 1, 2018, Defendants served a Federal Rule of Civil Procedure 30(b)(1) notice of deposition setting Proctor's deposition for November 27, 2018. Doc. No. 68-3. On November 21, 2018, pursuant to Plaintiff's request, Defendants agreed to move the deposition to December 19, 2018. Doc. No. 68-4 at 2. Defendants state that Plaintiff now refuses to produce Proctor for the deposition unless Defendants also notice him for a Rule 30(b)(6) deposition on that same date and conduct the Rule 30(b)(1) and Rule 30(b)(6) depositions simultaneously. Doc. No. 68 at 3. The Court is unaware of any authority supporting this position, which appears to be akin to Plaintiff controlling Defendants' discovery. Defendants ask that the Court "issue an order (1) compelling Mr. Proctor to sit for deposition under Federal Rule of Civil Procedure 30(b)(1); and (2) for an award of expenses incurred by [Defendants] in bringing this motion, including attorney fees." *Id.*

at 10.

Accordingly, it is **ORDERED** as follows:

1. On or before Thursday, December 6, 2018, Plaintiff shall file its response to the Motion;

2. **The Court will hold a telephonic hearing on the Motion on Tuesday, December 11, 2018, at 1:30 p.m. in Courtroom No. 3C.** The parties shall arrange to place a joint telephone call on a single telephone line to 407-835-3825 ten minutes before the hearing is scheduled to begin; and

3. **If the parties resolve the issues raised in the Motion prior to December 11, 2018, they shall promptly file a notice with the Court.**

**DONE** and **ORDERED** in Orlando, Florida on December 4, 2018.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties