UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PROXICOM WIRELESS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MACY'S, INC. and MACY'S FLORIDA STORES, LLC,<br><br>    Defendants–Counterclaimants. | CASE NO.: 6:18-cv-00064-RBD-GJK |

**UNOPPOSED MOTION FOR WITHDRAWAL OF JOHN BEYNON, ESQ. AS COUNSEL FOR PLAINTIFF PROXICOM WIRELESS, LLC**

Plaintiff Proxicom Wireless, LLC ("Plaintiff"), pursuant to Local Rule 2.03(b), respectfully requests that the Court enter an order permitting John Beynon, Esq. to withdraw as counsel for Plaintiff in this matter, and in support of this unopposed request, states:

1. Prior to the instant Motion, Plaintiff has been represented by Denise De Mory, Christina M. Finn, Chris J. Coulson and John Beynon of Bunsow De Mory LLP, as well as Taylor F. Ford and Robyn M. Kramer of King, Blackwell, Zehnder & Wermuth, P.A.

2. John Beynon is no longer with the law firm of Bunsow De Mory LLP.

3. Plaintiff will continue to be represented by Bunsow De Mory LLP and King, Blackwell, Zehnder & Wermuth, P.A. and, more specifically, attorneys Denise De Mory, Christina M. Finn, Chris J. Coulson, Taylor F. Ford and Robyn M. Kramer.

4. In accordance with Local Rule 2.03(b), undersigned counsel certifies that Plaintiff and opposing counsel have received at least ten days' prior notice of the relief requested herein.

5. Plaintiff has consented to the withdrawal of John Beynon from this case.

6. Moreover, Plaintiff's counsel have conferred with opposing counsel, and Defendants Macy's, Inc. and Macy's Florida Stores, LLC do not oppose the granting of this Motion.

7. Based on the foregoing and, as discussed further below, the Court should grant the instant Motion and permit Mr. Beynon to withdraw.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), on January 4, 2019, counsel for Plaintiff conferred with counsel for Defendants Macy's, Inc. and Macy's Florida Stores, LLC regarding the relief requested in this motion, and Defendants do not oppose the relief sought herein.

### INCORPORATED MEMORANDUM OF LAW

The granting of a motion for counsel to withdraw is within the sound discretion of the Court. *See*, *e.g.*, *Estate of Brennan v. Church of Scientology Flag Serv. Org., Inc.*, No. 8:09-cv-264, 2010 WL 3833996, at *11 (M.D. Fla. Sept. 28, 2010), *rev'd and vacated on other grounds*, 645 F.3d 1267 (11th Cir. 2011). Pursuant to Local Rule 2.03(b), Plaintiff received at least ten days' notice that attorney John Beynon intended to withdraw as its counsel, and Plaintiff affirmatively requests that the Court allow Mr. Beynon to withdraw. Plaintiff will continue to be represented by Bunsow De Mory LLP and King, Blackwell, Zehnder & Wermuth, P.A. and their respective attorneys of record in this case. Defendants do not oppose this Motion, and no party will be prejudiced by the relief requested herein. Accordingly, Plaintiff respectfully requests that the Court exercise its sound discretion and grant the instant Motion as unopposed.

**WHEREFORE**, Plaintiff Proxicom Wireless, LLC respectfully requests that the Court enter an order permitting John Beynon, Esq. to withdraw as counsel for Plaintiff, relieving him of any further responsibility in this matter, and providing such other and further relief as may be just and proper.

Dated: January 24, 2019.

Respectfully submitted,

/s/ Taylor F. Ford
Denise M. De Mory (*Pro Hac Vice*)
Christina M. Finn (*Pro Hac Vice*)
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (650) 351-7253
Email: ddemory@bdiplaw.com
Email: cfinn@bdiplaw.com

Chris J. Coulson (*Pro Hac Vice*)
BUNSOW DE MORY LLP
101 Brambach Rd.
Scarsdale, NY 10583
Telephone: (646 502-6973
Facsimile: (650) 351-7253
Email: ccoulson@bdiplaw.com

Taylor F. Ford
Florida Bar No.: 0041008
Robyn M. Kramer
Florida Bar No.: 0118300
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
25 E. Pine St.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
Email: tford@kbzwlaw.com
Email: rkramer@kbzwlaw.com

*Counsel for Plaintiff Proxicom Wireless, LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on January 24, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Taylor F. Ford
Taylor F. Ford
Florida Bar No.: 0041008